**DISMISS and Opinion Filed July 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00599-CV

**TONY SAAD, Appellant**

**V.**

**AATH BROKERS. INC. D/B/A ANA COMMERCIAL, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12911**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Molberg and Nowell
Opinion by Chief Justice Burns

Before the Court is the parties' agreed motion to dismiss the appeal with prejudice. The

parties inform the Court that they wish to dismiss the appeal with prejudice with each party bearing

its own costs. Accordingly, we grant the motion and dismiss this appeal with prejudice. *See* TEX.

R. APP. P. 42.1(a).

/Robert D.Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190599F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TONY SAAD, Appellant

No. 05-19-00599-CV     V.

AATH BROKERS. INC. D/B/A ANA
COMMERCIAL, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-12911.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** with prejudice.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered July 12, 2019.